IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RODNEY LABORDE,

    Plaintiff,

v.

MOUNT AIRY CASINO,

    Defendant.

3:16-CV-769
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 10th DAY OF AUGUST, 2018, upon consideration of Defendant's Motion for Reconsideration, (Doc. 44), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED** for the reasons set forth in the Court's accompanying memorandum opinion.

_____
Robert D. Mariani
United States District Judge